IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY SIPPEL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-0046 |
| | ) | |
| v. | ) | |
| | ) | JUDGE LANCASTER |
| JO ANNE B. BARNHART, | ) | MAGISTRATE JUDGE CAIAZZA |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | ELECTRONIC FILING |
| Defendant. | ) | |

ORDER

**AND NOW**, this 9th day of June, 2006, upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that Defendant's Motion to Remand is Granted and this case is remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Defendant's motion.

APPROVED AND SO ORDERED:

_____
J.

_____
Date