IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY SIPPEL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0046 |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) JUDGE LANCASTER<br>) MAGISTRATE JUDGE CAIAZZA |
| Defendant. | ) Electronic Filing |

### STIPULATION FOR PAYMENT OF ATTORNEY FEES

The parties in the above-captioned action, through counsel, agree and stipulate that the Defendant shall pay to Plaintiff's attorney, Joanna P. Papazekos, Esquire, the total sum of Two-Thousand, One Hundred and Seventy dollars and Thirty-One cents ($2,170.31) in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

MARY BETH BUCHANAN
UNITED STATES ATTORNEY

JOANNA P. PAPAZEKOS, ESQUIRE
ATTORNEY FOR PLAINTIFF
312 Boulevard of the Allies
Pittsburgh, PA  15222
(412) 391-9860
PA. I.D. No. 76716

COUNSEL FOR PLAINTIFF

Date: 7/5/06

s/ Jessica Smolar
JESSICA SMOLAR, ESQUIRE
ASSISTANT UNITED STATES ATTORNEY
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7419
PA. I.D. No. 65406

COUNSEL FOR DEFENDANT

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE